### INHABITANTS OF THE TOWN OF PITTSFIELD

v.

### Hadley R. CHANDLER.

Supreme Judicial Court of Maine.

Argued March 11, 1983.

Decided April 4, 1983.

Locke, Campbell & Chapman, Frank G. Chapman (orally), Augusta, for plaintiff.

Nale & Nale Law Offices, John E. Nale (orally), Waterville, for defendant.

Before GODFREY, NICHOLS, CARTER, VIOLETTE and WATHEN, JJ.

### MEMORANDUM OF DECISION.

In this action the Defendant, Hadley R. Chandler, appeals a judgment of the Superior Court (Somerset County) entered October 20, 1982, which vacated a decision by the Pittsfield Zoning Board of Appeals holding that a mobile home park owned by the Defendant constituted a nonconforming use under the Pittsfield zoning ordinance. The Superior Court remanded the case to the Pittsfield Zoning Board of Appeals, directing a further remand to the Town's Planning Board for a hearing on the special exception permit application originally filed by the Defendant.

▇ It is well-established that Superior Court judgments which vacate and remand

---

for further proceedings are interlocutory in nature and are not final judgments reviewable by this Court. *Harris Baking Company v. Maine Employment Security Commission,* 457 A.2d 427, 428 (Me.1983); *MacDougall v. MacDougall,* 403 A.2d 783, 784 (Me.1979).

Accordingly, the entry is:

Appeal dismissed.

All concurring.